G. W. LANEY and JOHN W. Cox, administrators, and JERE-
MIAH LASSETS, et. al., heirs at law of Chappell Cox, de-
ceased, plaintiffs in error, vs. WM. B. STEWART and M. A.
STEWART, his wife, formerly the widow of Chappell Cox
deceased, defendants in error.

The return of commissioners to lay off dower may be contested by the heirs at law.  The
Act of 1863 gives this privilege to all persons interested.

Assignment of dower.   In Webster Superior Court.   De-
cision by Judge CLARKE.   September Term, 1866.

William B. Stewart and M. A. Stewart, his wife, applied
for dower in the lands of Chappell Cox, deceased, her former
husband.

The commissioners made their return, and defendants in
error moved to make it the judgment of the Court.   The
plaintiffs in error traversed the return.   The defendants in
error moved to strike the names of the heirs at law out of
the traverse.   The motion was sustained, and the plaintiffs
excepted.

J. L. WIMBERLY, and BLANDFORD & MILLER, for plaintiffs
in error.

H. K. McCAY and WILLIS A. HAWKINS, for defendants in
error.

HARRIS, J.

Upon the return of commissioners appointed to lay off
and assign dower to Mrs. Stewart, formerly the widow of
Chappell Cox, deceased, a traverse thereof, denying its fair-
ness and that it was in accordance with law, was filed by
the administrators of Chappell Cox and his heirs at law.
When the case was called for trial, the applicants for dower
moved to strike from the pleadings the names of the heirs
at law as parties to the proceeding, denying their right to

be heard in contesting the claim of applicants. The Court below sustained the motion, and this decision constitutes the error assigned.

This case furnishes a striking illustration of a statute on this subject having been forgotten, or having escaped the attention of the counsel and of the Court; we mean the Act of 1863, which allows all persons interested to contest the returns of commissioners.

Let the judgment be reversed.